ACCEPTED
03-15-00033-CV
6668341
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 4:15:16 PM
JEFFREY D. KYLE
CLERK

# LAWRENCE P. SCHAUBHUT, SR.
## ATTORNEY AT LAW
3839 Bee Caves Road, Suite 100
Austin, Texas 78746

Lisa Tapia – Legal Assistant
schaubhutsr@austin.rr.com

Phone: (512) 330-5277
Fax: (512) 330-9528

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 4:15:16 PM
JEFFREY D. KYLE
Clerk

August 26, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

RE:    Court of Appeals Number: 03-15-00033-CV
       Trial Court Case Number: D-1-FM-11-001152;
       *In the Interest of J.V.*; In the 353rd Judicial District Court, Travis County, Texas
       Style: Richard Velsor v. Claire Elko

Dear Mr. Kyle:

This letter is in response to your letter dated August 25, 2015 regarding the deadline on filing our response to the above-referenced matter.

We have reached a settlement agreement with Tiffany Crouch Bartlett who is representing the Appellant, Richard Velsor and we are currently fine tuning a proposed Modified Order Establishing the Parent-Child Relationship.

I have been unable to reach Ms. Bartlett so I am attaching 2 emails from her reflecting our agreement.

Sincerely,

Lawrence P. Schaubhut, Sr.

Cc: client
Tiffany Crouch Bartlett
Enclosures as noted

**From:** Tiffany Crouch Bartlett [tcblawpractice@yahoo.com]
**Sent:** Wednesday, August 05, 2015 8:08 PM
**To:** schaubhutsr@austin.rr.com
**Subject:** Velsor Elko proposed final modified order
**Attachments:** RichardVelsorModifiedOrder.pdf

Dear Larry and Lisa,
Please see attached the new, proposed final modification order based on the agreement between our clients and let me know your thoughts. It is streamlined to reflect the changes.
I look forward to finalizing this soon.
Thank you!

Kind regards,
Tiffany

Tiffany Crouch Bartlett, J.D., M.Phil
Attorney and Counselor at Law
512.965.2449 Phone
512.597.3510 Fax

**Lisa Tapia**

From:       Tiffany Crouch Bartlett [tcblawpractice@yahoo.com]
Sent:       Sunday, August 23, 2015 10:07 PM
To:         schaubhutsr@austin.rr.com
Subject:     Velsor / Elko proposed final modified order- revised
Attachments:   RichardVelsorModifiedOrder-1.pdf

Dear Larry,
I received your voicemail and discussed your concerns with my client.  According to him, he stated that Ms. Elko wanted only a provision added that any medical costs that were not covered by insurance would be split 50/50 by the parents.  So I added a brief line to that effect on Page 7.  My client prefers the orders as they are currently drafted.  Please let me know your thoughts and if you and Ms. Elko are in agreement, return your signature to me. Thank you for your kind attention to this matter.

Kind regards,
Tiffany

Tiffany Crouch Bartlett, J.D., M.Phil
Attorney and Counselor at Law
402A W. Palm Valley Blvd., Suite 186
Round Rock, Texas 78664
512.965.2449 Direct Phone
512.597.3510 Fax